175 A.3d 146

**MINTS, Lucresha**

v.

**STATE of Maryland**

**Pet. Docket No. 335, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1154, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 146

**MONROE, Curtis Wayne**

v.

**STATE of Maryland**

**Pet. Docket No. 326, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 760, Sept.Term, 2015).

Petition for writ of certiorari denied